ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
HEATHER M. MELTON, CSBN 260870
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8940
    Facsimile:  (415) 744-0134
    E-Mail: heather.melton@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MELECIO O. GOMEZ, | ) |
|           Plaintiff, | ) Case No. 2:09-09024-CW |
| v. | ) JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|           Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of U.S.C. § 405(g) for further proceedings consistent with that stipulation and entry for judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: July 15, 2010

                      *Carla M. Woehrle*
                      HONORABLE CARLA WOEHRLE
                      UNITED STATES MAGISTRATE JUDGE