Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: brian_rohlfing.office@speakeasy.net

Attorneys for Plaintiff MELECIO O. GOMEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELECIO O. GOMEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:09-09024 CW<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

IT IS ORDERED

EAJA fees are awarded in the amount of ONE THOUSAND TWO HUNDRED DOLLARS ($1,200) subject to the terms of the stipulation.

DATE: July 27, 2010

_____/S/_____
THE HONORABLE CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-